Frank GADEK, Appellant, v. UNITED
STATES, Appellee.

No. 4797.

Circuit Court of Appeals, Third Circuit.
Aug. 4, 1932.

F. M. P. Pearse, of Newark, N. J., for appellant.

Phillip Forman, U. S. Atty., of Trenton, N. J., and John Grimshaw, Jr., Asst. U. S. Atty., of Paterson, N. J.

Before BUFFINGTON, DAVIS, and THOMPSON, Circuit Judges.

PER CURIAM.

After argument and full consideration had, we are satisfied no error was committed by the trial judge. The defendant was properly convicted and sentenced, and therefore the judgment below is affirmed.